UNITED STATES DISTRICT COURT/EASTERN DISTRICT OF NEW YORK     Attorney: VICTOR M. BROWN, ESQ. - 2314

ROBERT LYNCH

Plaintiff(s)

Index #: 20 CV 05874

-against-

Date Filed:

THE CITY OF NEW YORK ETAL

**AFFIDAVIT OF SERVICE**

Defendant(s)

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

SIEH CLARK BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION AND OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.
That on December 17, 2020 at 02:59 PM at

100 CHURCH STREET
NEW YORK NY 10007

Deponent served the within true copy of the FIRST AMENDED COMPLAINT on THE CITY OF NEW YORK, the defendant/respondent therein named.

BY LEAVING A TRUE COPY WITH JERRY BRADSHAW, LEGAL CLERK , BEING AUTHORIZED TO ACCEPT LEGAL PAPERS STATED

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| MALE | BLACK | BALD | 63 | 5'11 | 170 |

GLASSES

Sworn to me on: December 18, 2020

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2022

Robin Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2021

Gotham Process inc
299 Broadway
New York NY 10007

**SIEH CLARK**
License #: 2066971
Docket #:      *1175290*